■ JUDITH LEIBOWITZ, Appellant, v JOSEPH SZOVERFFY, Defendant and Third-Party Plaintiff-Respondent. RUTH SCHMIDT et al., Third-Party Defendants-Respondents. — Motion by appellant granted, without costs, only to the extent that the decretal paragraphs of the decision dated February 19, 1981 [80 AD2d 692] and order entered March 4, 1981 are amended to

read as follows: "Judgment affirmed, with costs to defendant." Motion in all other respects denied. Sweeney, J. P., Main, Mikoll and Casey, JJ., concur.